US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 14 2019

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:19CR50023-001 |
| | ) | 21 U.S.C. § 841(a)(1) |
| VS. | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| JASON RIVERA | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about November 7, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

### COUNT TWO

On or about November 9, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed more than five (5) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

### COUNT THREE

On or about November 13, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

## COUNT FOUR

On or about November 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed more than five (5) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT FIVE

On or about November 27, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed more than five (5) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT SIX

On or about December 4, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON RIVERA**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT SEVEN

Beginning on or about an unknown date, but at least as early as November 1, 2018, and continuing to on or about March 14, 2019, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant, **JASON RIVERA,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury, to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1), 841(b)(1)(A)(viii) and Title 21, United States Code, § 846.

A true bill.

*/s/ Grand Jury Foreperson*
Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Ft. Smith, AR 72901
Phone: (479) 249-9042
Fax: (479) 441-0569
Email: brandon.t.carter@usdoj.gov